SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-9796 PA (OPx) | Date | October 3, 2012 |
|---|---|---|---|
| Title | Chris Kohler v. Safi Foods, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

    Before the Court are certain pretrial documents filed by plaintiff Chris Kohler ("Plaintiff") and defendant Moreno Valley Festival, Ltd. ("Defendant").  The parties have failed to submit a Pre-trial Exhibit Stipulation or a Status Report Regarding Settlement.  The Court further notes that the parties' Joint List of Witnesses (Docket No. 58), fails to comply with the requirements imposed by Court's Scheduling Order entered on February 28, 2012.  (See Court's Scheduling Order of February 28, 2012, at 10 ("Counsel shall jointly file a single list of witness testimony summaries, *including estimates for direct examination of their own witnesses and estimates for cross-examination of opposing witnesses*.") (emphasis added).)

    Pursuant to Local Rule 16 and this Court's Scheduling Order, counsel were required to file the Proposed Pre-Trial Conference Order and additional pre-trial documents no later than fourteen (14) calendar days before the Pre-Trial Conference.  The Scheduling Order specifically warned the parties that "the failure . . . to submit the required pretrial documents may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions."

    Accordingly, the Court orders the parties to show cause, in writing, on or before 12:00 p.m. on October 5, 2012, why they should not be sanctioned for failure to comply with the Court's Scheduling Order.  Submission by that deadline of the Pre-Trial Exhibit Stipulation, Status Report Regarding Settlement, and a proper Summary of Witness Testimony and Time Estimates shall be deemed an adequate response to this Order to Show Cause.

    IT IS SO ORDERED.