JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KOHLER,

    *Plaintiff*,

v.

SAFI FOODS, LLC, dba ARBY'S #6048; MORENO VALLEY FESTIVAL, LTD, *et al.*

    *Defendants*.

Case No. CV11-09796 PA (OPx)

Judge: Honorable Percy Anderson

**ORDER RE STIPULATION REGARDING PROPERTY INSPECTION; DISMISSAL**

Trial: November 6, 2012
Pretrial Conference: Oct. 12, 2012
Time: 11:00 a.m.
Courtroom: 15

    Before this Court is the stipulation of the parties, by their counsel, following the October 5, 2012 Pretrial Conference in the above captioned matter.

    At that hearing and thereafter by order dated October 5, 2012, issued in chambers [Document 70] This Court ordered the parties to file a stipulation and proposed order no later than 12:00 p.m. on October 9, 2012, concerning the selection of a qualified third party to conduct a measurement of the slopes of the

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, California 92660
(949) 878-8608

restaurant entranceway and disabled parking space at issue. The stipulation was to include the date and time the measurements will be conducted. The stipulation and proposed order was also to indicate that the third party's measurements shall be binding on the parties and dispositive as to Plaintiff's remaining ADA claims, and that the Court shall decline to exercise supplemental jurisdiction over Plaintiff's state law claims, which the Court will accordingly dismiss without prejudice pursuant to 28 U.S.C. §1367(c)(3).

Thereafter, the parties met and conferred for the purpose of discussing details for the conduct of such inspection as was set forth in this Court's order and have submitted for this Court's consideration a stipulation and proposed order as described in this Court's order.

Having considered the stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

## INSPECTION OF PROPERTY

An inspection of the property, further described as the Arby's Restaurant located at 24125 Hemlock Avenue, Moreno Valley, CA 92557, shall be conducted by the following inspector on the date indicated:

CASp inspector: Paul L. Bishop, CASp #044

**Paul L. Bishop, Architect**
P.O. Box 1085
Solana Beach, CA 92075

Date of inspection: October 11, 2012 at 12:00 p.m.

The inspection shall be limited to the following areas of the property and no other: measurement of the slopes of (1) the restaurant entranceway [the landing area adjacent to the restaurant entrance from the parking lot]; and (2) the disabled parking space.

The results of the inspection will be provided to the parties as soon as it is prepared and certified by the inspector. The results shall be binding on the parties.

If the measurements of the slopes for the two areas are within the 2% limits provided under the applicable regulations, then no further action shall be required on the part of Defendant Moreno Valley Festival, Ltd.

If the measurements of the slopes for either or both of the two areas are not within the 2% limits provided under the applicable regulations, then Defendant Moreno Valley Festival, Ltd. Shall have thirty (30) days from the date of receipt of the certified inspection report to fix the nonconforming area. Thereafter, the property will be reinspected to determine the efficacy of the additional work, if required, on the affected areas.

The cost of the initial CASp inspection shall be divided equally between the parties. Any reinspection cost, if required, shall be borne solely by Moreno Valley Festival, Ltd.

## INSPECTION OF PROPERTY

The foregoing inspection being dispositive as to Plaintiff's remaining federal ADA claims, this Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, which claims shall be and are as of the date of this order dismissed without prejudice pursuant to 28 U.S.C. §1367(c)(3).

IT IS SO ORDERED.

Dated: October _11__, 2012  _____
HONORABLE PERCY ANDERSON
District Judge
United States District Court for the
Central District of California

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

On October 8, 2012, I served the foregoing document described as: **[PROPOSED] ORDER RE STIPULATION REGARDING PROPERTY INSPECTION; DISMISSAL** thereon on all interested parties in this action as follows:

| | |
|---|---|
| Lynn Hubbard, III, Esq.<br>Disabled Advocacy Group, APLC<br>12 Williamsburg Lane<br>Chico, CA 95926<br>Phone: (530) 895-3252<br>Fax: (530) 894-8244 | Representing Plaintiff CHRIS KOHLER |

[x]   **e-Filing pursuant to Court order**

Executed on October 8, 2012, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____//s//_____
Stephen E. Abraham